COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Robert Salazar, Elia Salazar, and/or All Occupants of 6327
                            Darby Way, Spring, TX 77338 v. HPA Texas Sub 2016-1
                            LLC

Appellate case number:      01-19-00330-CV

Trial court case number:    1124430

Trial court:                County Court at Law No. 1 of Harris County

Appellants, Robert Salazar and Elia Salazar, have filed a notice of appeal of the trial court's March 27, 2019 final judgment in a forcible detainer proceeding. *See* TEX. PROP. CODE ANN. §§ 24.001–.011. On May 6, 2019, we denied appellants' emergency motions to stay enforcement of the trial court judgment and set the amount of the supersedeas bond at $1,000.00. Appellants have filed an emergency motion for reconsideration of the May 6, 2019 order denying a stay of the trial court judgment.

We **deny** appellants' motion. *See* TEX. PROP. CODE ANN. § 24.007; TEX. R. APP. P. 24; *see also Marshall v. Hous. Auth. of the City of San Antonio*, 198 S.W.3d 782, 786–87 (Tex. 2006).

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                   ☑ Acting individually    ☐ Acting for the Court

Date: __May 7, 2019_____

1